IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA        :
                                :
              v.                 :      1:18CR442-1
                                :
WILLIAM VANCE STALLINGS         :

The Grand Jury charges:

On or about February 7, 2018, in the County of Durham, in the Middle District of North Carolina, WILLIAM VANCE STALLINGS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm and ammunition, that is, a Marlin .22 caliber rifle and CCI .22 caliber ammunition, respectively; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: November 26, 2018

MATTHEW G.T. MARTIN
United States Attorney

BY: ELEANOR T. MORALES
Assistant United States Attorney

A TRUE BILL:

FOREPERSON